**James W. SCOTT, Jr., Petitioner,**

v.

**GENERAL SERVICES ADMINISTRATION, Respondent.**

**No. 03–3255.**

United States Court of Appeals, Federal Circuit.

June 10, 2004.

Before MAYER, Chief Judge, PLAGER, Senior Circuit Judge, and LOURIE, Circuit Judge.

### Judgment

PER CURIAM.

This CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

*AFFIRMED. See* Fed. Cir. R. 36.

**In re Susan AJESKA, Laurence Don Bell, James R. Lugg, Robert L. Mangan, and Krista C. Shellie.**

**No. 04–1055.**

United States Court of Appeals, Federal Circuit.

June 10, 2004.

Before MICHEL, SCHALL and LINN, Circuit Judges.

### Judgment

PER CURIAM.

*This CAUSE having been heard and considered, it is ORDERED and ADJUDGED:*

AFFIRMED. *See* Fed. Cir. R. 36.